# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON RILEY,<br><br>        Petitioner,<br><br>  v.<br><br>M. BITER, Warden,<br><br>        Respondent. | Case No. 1:15-cv-01836-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner is presently incarcerated in R.J. Donovan Correctional Facility, San Diego, California. As a result, Daniel Paramo, Warden of R.J. Donovan Correctional Facility, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Daniel Paramo, Warden of R.J. Donovan Correctional Facility, as Respondent.

IT IS SO ORDERED.

Dated:  **November 8, 2016**                          /s/ *Sheila K. Oberto*
                                                                               UNITED STATES MAGISTRATE JUDGE